IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

TERESA K. TOLLESON                                                        PLAINTIFF

v.                              Case No. 3:12-CV-03135

MICHAEL J. ASTRUE, Commissioner of
Social Security Administration                                            DEFENDANT

## ORDER

The Court has received proposed findings and recommendations (Doc. 18) from Chief United States Magistrate Judge James R. Marschewski. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.

IT IS THEREFORE ORDERED that Defendant's Motion to Remand (Doc. 16) pursuant to sentence four of the Social Security Act, 42 U.S.C. § 405(g) is GRANTED.

Judgment will be entered accordingly.

**IT IS SO ORDERED** this 20th day of February, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE